UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | | |
|---|---|---|
| BRIAN D'AMATO AND NANCY D'AMATO | ) | CIVIL ACTION NO. |
|    Plaintiffs | ) | 3:13-CV-903-AVC |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN PONTIAC-CADILLAC, INC. | ) | |
| AND CONNEX CREDIT UNION | ) | |
|    Defendants | ) | August 12, 2013 |
| | ) | |

_____ _____ )

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule Rule 41(a)(1)(A)(i), the plaintiffs, Brian D'Amato

and Nancy D'Amato, through their attorney, hereby give notice that the claims of the

above-entitled action shall be dismissed, and without costs or attorney's fees.

Plaintiffs, Brian D'Amato and Nancy D'Amato

By /s/ Daniel S. Blinn
    Daniel S. Blinn (ct02188)
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, CT  06067
    Tel:  (860) 571-0408
    Fax: (860) 571-7457
    dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 12th day of August, 2013, a copy of foregoing
Notice of Dismissal was filed electronically and served by mail on anyone unable
to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties
by operation of the Court's electronic filing system or by mail to anyone unable to
accept electronic filing as indicated on the Notice of Electronic Filing.  Parties
may access this filing through the Court's CM/ECF System.

       /s/ Daniel S. Blinn
       Daniel S. Blinn